UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOHNNY GORE,

                                        Plaintiff,

                -against-

Police Officer VICTOR VILLARREAL, Shield No. 4382;
Police Officer MICHAEL GAGLIARDI, Shield No. 6808;
Police Officer ROBERT CRIMMINS, Shield No. 7644; Police
Officer MICHAEL VENDITTI, Shield No. 18781; Sergeant
YURIY CHUYKO, Shield No. 880; and JOHN and JANE
DOE 1 through 10, individually and in their official capacities
(the names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                        Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-5714 (MKB)(JO)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.        The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Harvis Wright & Fett LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, New York 10007<br>212 323-6880<br><br>By: _____<br>Gabriel Harvis<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-167<br>New York, New York 10007<br><br>By: _____<br>Matthew J. Modafferi<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>_____<br>HON. MARGO K. BRODIE<br>UNITED STATES DISTRICT JUDGE |

Dated: New York, New York
           _____, 2014

2